UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Gina L. Dagg,

Plaintiff,

vs. REPORT AND RECOMMENDATION

Ltd. Dakota Clinic,
Richard Heinrichs, Dr.,
Raymond Allard, Dr.,

Defendants. Civ. No. 00-1966 (RHK/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 30th day of January, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated on August 17, 2000, by the filing of a Complaint with the Clerk of Court. On December 22, 2000, it having appeared that one hundred and twenty (120) days had passed and the Defendant had not been served with the Summons and Complaint, as required by Rule 4(m) of the Federal Rules of Civil Procedure, this Court issued an Order, which stated as follows:

> That counsel for the Plaintiff is directed to show good cause, in writing, within twenty

(3)

JAN 30 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

> (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendant and for failure of prosecution.

Counsel for the Plaintiff has failed to abide by the terms of our Order of December 22, 2000. As of this date, over a full month after that Order, the Court has not received from the Plaintiff any submission which constitutes a showing that good cause exists not to recommend that this action be dismissed for the reasons stated in our prior Order. See, Rule 41(b), Federal Rules of Civil Procedure.

WHEREFORE, It is --

RECOMMENDED:

That this action be dismissed for failure to comply with this Court's Order of December 22, 2000, for failure to effect proper service, and for lack of prosecution.

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Pursuant to Rule 6(a), Federal Rules of Civil Procedure, D. Minn. LR1.1(f), and D. Minn. LR72.1(c)(2), any party may object to

this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties **by no later than February 13, 2001,** a writing which specifically identifies those portions of the Report to which objections are made and the bases of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals.

If the consideration of the objections requires a review of a transcript of a Hearing, then the party making the objections shall timely order and file a complete transcript of that Hearing **by no later than February 13, 2001,** unless all interested parties stipulate that the District Court is not required by Title 28 U.S.C. §636 to review the transcript in order to resolve all of the objections made.