# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Gina L. Dagg

Case No. Civil 00-1966RHK/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Ltd. Dakota Clinic, Richard Heinrichs,, Dr,.
Raymond Allard, Dr.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed for failure to comply with this court's order of 12/22/00, for failure to effect proper service, and for lack of prosecution.

DATE: February 21, 2001

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk